**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**MALCOLM CALLOWAY, A Minor**
**By and Through His Mother and Next**
**Friend, DOTTIE CALLOWAY**                                   **PLAINTIFF**

**v.**                                         **CIVIL ACTION NO. 4:07-CV048-M-B**

**THE CITY OF LELAND, MISSISSIPPI, ET AL.**                   **DEFENDANTS**

**ORDER STAYING DISCOVERY**
**PURSUANT TO LOCAL RULE 16.1(B)(4)**

This matter is before the Court on Defendants' Motion to Dismiss [doc. 16] pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, on grounds of immunity. Rule 16.1(B)(4) of the Uniform Local Rules of the United District Court for the Northern and Southern Districts of Mississippi states that filing of an immunity defense shall stay all discovery not relevant to the immunity issue and stay the parties' obligation to make further disclosures pending the Court's ruling on the Motion. Accordingly, it is therefore,

**ORDERED** that pursuant to Local Rule 16.1(B)(4) and in light of the fact that Defendants have filed a potentially dispositive motion raising the defense of immunity, all discovery in this matter not relevant to the issue of immunity is hereby stayed including the making of further disclosures by any party, all pending this Court's ruling on Defendants' Motion to Dismiss.

In accordance with Local Rule 16.1(B)(4), upon receiving a ruling from the Court on the Defendants' Motion, Plaintiff shall notify the United States Magistrate Judge of a decision on the immunity defense Motion and shall submit a proposed order lifting the stay.

**THIS** 2nd day of November, 2007.

                                                  **/s/ Eugene M. Bogen**
                                                  **U. S. MAGISTRATE JUDGE**